ATTORNEY GRIEVANCE COMMISSION     \*      IN THE
    OF MARYLAND      COURT OF APPEALS

    \*      OF MARYLAND

    Petitioner

    \*      Misc. Docket AG No. 10

v.

    \*      September Term, 2015

THEODORE NSOH NKWENTI     \*      In the Circuit Court
     for Montgomery County

    Respondent.     \*      Case No. 30954-M

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Theodore Nsoh Nkwenti, to indefinitely suspend the Respondent from the practice of law with the right to reapply in six (6) months. The Court having considered the Petition and the record herein, it is this 20th day of _____October_____, 2015.

ORDERED, that Respondent, Theodore Nsoh, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland with the right to reapply six (6) months from the effective date of the suspension for violation of Rules 1.1, 1.3, 1.4, 1.15(a), 5.3, 5.5 and 8.4 (a) and (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that the suspension shall take effect forty-five (45) days from the date of this Order; and it is further

ORDERED, that, forty-five (45) days from the date of this order, the Clerk of this Court shall remove the name of Theodore Nsoh Nkwenti from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Lynne A. Battaglia
Senior Judge